**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

BRIAN KEITH BURROUGH,

      Petitioner,

    v.

WARDEN OF FCI ALLENWOOD,

      Respondent.

No. 4:25-CV-02453

(Chief Judge Brann)

## <u>ORDER</u>

**AND NOW**, this 15th day of June 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Brian Keith Burrough's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** in part and **DENIED** in part.

2. Burrough's petition, to the extent it attempts to challenge his underlying sentence, is **DISMISSED** for lack of habeas jurisdiction.

3. Burrough's petition, to the extent it seeks FSA eligibility, is **DENIED**.

4. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge